IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JEANNE BENNETT, Administrator of the Estate of Michael Manos, Deceased,<br><br>   Plaintiff,<br><br>v.<br><br>(1) CARTER COUNTY BOARD OF COUNTY COMMISSIONERS, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-17-289-SPS<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in the above-styled case for Defendants Carter County Board of County Commissioners and Chris Bryant, Sheriff of Carter County, in his official capacity. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

              Respectfully submitted,

              s/ Ambre C. Gooch
              Ambre C. Gooch, OBA No. 16586
              COLLINS, ZORN, & WAGNER, P.C.
              429 N.E. 50th Street, Second Floor
              Oklahoma City, OK  73105-1815
              Telephone: (405) 524-2070
              Facsimile: (405) 524-2078
              E-mail: acg@czwlaw.com

              ATTORNEY FOR DEFENDANTS CARTER COUNTY BOARD OF COUNTY COMMISSIONERS AND CHRIS BRYANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen, via electronic mail at: danielsmolen@ssrok.com
Robert M. Blakemore, via electronic mail at: bobblakemore@ssrok.com
701 South Cincinnati Avenue
Tulsa, OK 74119
***Attorneys for Plaintiff***

                                                  s/ Ambre C. Gooch
                                                  Ambre C. Gooch