IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEANNE BENNETT, Administrator of the Estate of **Michael Manos**, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>**CARTER COUNTY BOARD OF COUNTY COMMISSIONERS;** *et al.,*<br><br>    Defendant. | Case No. 17-CV-289-SPS<br><br>ATTORNEY LIEN CLAIMED |

## ATTORNEY'S LIEN FOR FEES AND COSTS

COMES NOW Donald E. Smolen, II and the law firm of Smolen Law, PLLC, and pursuant to OKLA. STAT. Tit. 5, sections 6 and 7, advises all parties hereto of the attorney lien asserted for services rendered and costs expended in the above-referenced matter.

Respectfully submitted,



/s/ Donald E. Smolen, II
Donald E. Smolen, II  (OBA# 19944)
611 S. Detroit Ave.
Tulsa, OK 74120
don@smolen.law
(918) 777-4529 (Phone)
(918) 890-4529 (Fax)
www.smolen.law

**CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that on the 5th day of February, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Donald E. Smolen, II
Donald E. Smolen, II