## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEANNE BENNETT, Administrator of the Estate of Michael Manos, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS BRYANT, Sheriff of Carter County, in his official capacity,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.   CIV-17-289-SPS<br>)<br>)<br>)<br>)<br>)<br>) |

### SECOND AMENDED SCHEDULING ORDER

Having discussed with counsel their need for adequate discovery time, the complexity of the legal issues involved herein, and their caseloads, the court enters the following agreed upon Scheduling Order:

1.  N/A        Joinder of **Additional Parties or Amendments** to the Pleadings

2.  N/A        Exchange and File **Witness List and Exhibit List**

3.  N/A        **Discovery** Completed

4.  N/A        All **Dispositive Motions** Filed

5.  07/08/19   **Motions in Limine** Filed

6.  07/26/19   Exchange All **Trial Exhibits** including Demonstrative Exhibits and **Requested Jury Instructions**

7.  08/09/19   **Deposition Designations**

8.  08/09/19   **Agreed Pretrial Order** Submitted   *(Judge Shreder's form with instructions are available on the Court's website at www.oked.uscourts.gov )*

9.  08/09/19   **Agreed Jury Instructions and Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law (Non-Jury), Disputed Jury Instructions (Included in Trial Brief) and Trial Briefs** Filed

10. 08/14/19   **PRETRIAL CONFERENCE AT 10:00 a.m.**

11. 08/20/19   **TRIAL DATE: [X] JURY at 9:00 a.m.        [ ] NON-JURY at 9:00 a.m.**

12. 4-10 days  ESTIMATED TRIAL TIME.

**IT IS THE FURTHER ORDER OF THE COURT** that the parties comply with the disclosure requirement and attendant deadlines established by Federal Rule Civil Procedure 26, unless otherwise modified by this order.

**IT IS THE FURTHER ORDER OF THE COURT** that all cases scheduled for jury trial will be set for a settlement conference before a District Judge or Magistrate Judge.

**IT IS THE FURTHER ORDER OF THE COURT** that all parties are bound by this order, that no date will be changed except by written order of this court for good cause shown, and sanctions will be imposed for failure to comply with the discretions of this order.

**IT IS SO ORDERED** this 25th day of April, 2019.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma