UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| JEANNE BENNETT, Administrator of the Estate of Michael Manos, Deceased, | ) ) ) ) | | |
| Plaintiff, | ) ) | Case No. | CIV-17-289-SPS |
| vs. | ) ) | Date: | 8/20/2019 |
| CARTER COUNTY SHERIFF IN HIS OFFICIAL CAPACITY, | ) ) ) ) | Time: | 9:20 a.m. – 10:52 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET - VOIR DIRE/JURY SELECTION

Steven P. Shreder, Judge           K. Davis, Law Clerk           K. Sidwell, Reporter
                                   N. Davis, Deputy Clerk        FTR Courtroom 3

Counsel for Plaintiff:    Daniel E. Smolen, Robert M. Blakemore, and Bryon D. Helm
Counsel for Defendant:    Ambre C. Gooch and Taylor M. Riley

**MINUTES:** Counsel and parties present. Jurors present in the courtroom. Introductions and preliminary instructions by Court. 26 jurors sworn. Voir dire by Court and counsel. Parties pass jurors for cause. Challenges by counsel. 8 jurors chosen to try the case and jurors sworn. Jurors excused and directed to return at 10:55 a.m. for commencement of the trial. **(JURY OUT)** Court addressed Defendant's Motion to Reconsider Evidentiary Ruling Based on August 5, 2019 Tenth Circuit Opinion (Docket Entry No. 271). Entering Order GRANTING Defendant's Motion to Reconsider (SPS). Court enters Revised Pretrial Order (SPS). Defendant requested rule of sequestration be invoked. SO ORDERED (SPS). Nothing further by either party.